IT IS HEREBY ORDERED
AS DESCRIBED BELOW.

DATED: February 11, 2010



Honorable Margaret Dee McGarity
Chief United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

In Re: Bonnie L. Peerenboom,          BKY NO. 09-31827 MDM 13

        Debtor.

## ORDER FOR RELIEF FROM AUTOMATIC STAY

This matter came on before the Bankruptcy Court on the motion of U.S. Bank National Association (the "Bank") for relief from the automatic stay and the Debtor's objection thereto.

The Court being fully advised in the premises, and upon all of the files, records, and proceedings herein:

**IT IS ORDERED**:

1. Except as provided in term 2, below, effective February 12, 2010, the automatic stay is terminated as to U.S. Bank National Association with respect to property of the debtors described as follows:

> Tract "1" in Certified Survey Map No. 580, Volume 1 of Certified Survey Maps, Page 580 as Document No. 534628; said Map being a part of the Southeast ¼ of the Northwest ¼ of Section Eleven (11), Township Eighteen (18) North, Range Sixteen (16) East, in the Town of Oshkosh, Winnebago County, Wisconsin.

2. If, no later than February 11, 2010, the Debtor cures the post-petition payment default with respect to the loan that is the subject of the motion and files a statement attesting to the payment, then the stay shall remain in force.

#####

Drafted By:
Eric J. Sherburne
STEIN & MOORE, P.A.
332 Minnesota St., Ste. W-1650
St. Paul, MN 55101
(651)224-9683
(651)223-5212 fax
esherburne@steinmoore.com